IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED

4:01 pm, 5/20/14

Tim J. Ellis
Clerk of Court

In re: )
)
ROCK SPRINGS PROPERTIES, INC., ) Case No. 14-20200
) CHAPTER 11
Debtor-in-Possession. )

---

### ORDER APPROVING SALE OF REAL PROPERTY

---

**THIS MATTER** having come before the Court upon the Debtor-in-Possession's *Motion for Approval of Sale of Real Property and Notice for Time to Object* ("Motion"), no objections being filed thereto and good cause being shown therefor;

**NOW, THEREFORE,** it is hereby **ORDERED** that the Debtor may sell its real property described in the legal description attached to said Motion ("Property") for the purchase price of $60,000.00 under the terms set forth in the Real Estate Purchase Agreement ("Agreement") attached to said Motion and the proceeds thereof may be used as more particularly described in said Motion.

DATED this 20 day of May, 2014.

BY THE COURT:

_____
United States Bankruptcy Court Judge